ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 23 2025

KEVIN P. WEIMER, Clerk
By [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>FRANK ANDREW WASZUT | Criminal Indictment<br>No. 1:25CR-423<br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

**Introduction**

At all times material to this indictment:

1. The defendant, FRANK ANDREW WASZUT, lived in Tennessee.

2. Individual #1, a deportation officer employed by the United States Department of Homeland Security, was in Georgia.

**Count One**

3. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 and 2 of this Indictment as if fully set forth herein.

4. On or about August 20, 2025, in the Northern District of Georgia and elsewhere, the defendant, FRANK ANDREW WASZUT, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce, to the State of Georgia and other places, that contained a

threat to injure Individual #1, a deportation officer employed by the United States Department of Homeland Security; specifically, the defendant, FRANK ANDREW WASZUT, posted a message to Instagram, an international social media platform, which identified and displayed photographs of Individual #1 and stated in part, "And he's an ICE agent this is him unmasked and also his wife [. . .]. So, go ahead and make him famous. And if you see this motherfucker out in public give him the cell block one treatment. You know, catch him when he's alone."

All in violation of Title 18, United States Code, Section 875(c).

A True BILL

FOREPERSON

THEORDORE S. HERTZBERG
*United States Attorney*

/S/ BRENT ALAN GRAY
BRENT ALAN GRAY
*Assistant United States Attorney*
Georgia Bar No. 155089

/S/ ERIC J. WHITE
*Assistant United States Attorney*
Georgia Bar No. 580963

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000