**FILED IN CHAMBERS**
U.S.D.C ATLANTA

Date: Oct 03 2025

**KEVIN P. WEIMER**, Clerk

By: Sonya Nuckolls
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Frank Andrew Waszut | Criminal Action No.<br><br>1:25-cr-423 |

### Order

Having read and considered the government's Motion to Unseal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** be unsealed.

SO ORDERED this __3rd__ day of ____October____, 20__25__.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Presented by:
Eric J. White, Assistant United States Attorney